1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4
   SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
6     150 Almaden Blvd., Suite 900
      San Jose, California 95113
7     Telephone:  (408) 535-5056
      FAX: (408) 535-5066
8     Susan.Knight@usdoj.gov

9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION          *E-FILED - 8/23/06*

13  UNITED STATES OF AMERICA,        )    No. CR 06-00425 RMW
                                     )
14        Plaintiff,                 )
                                     )
15        v.                         )    STIPULATION AND []
                                     )    ORDER EXCLUDING TIME
16  CHRISTINA MARIE FLORES, and      )
    JOSE LITO CAMPOS,                )
17                                   )    SAN JOSE VENUE
          Defendants.               )
18                                   )

19  _____

20        On July 24, 2006, the parties in this case appeared before the Court for an initial appearance.

21  Assistant United States Attorney Susan Knight informed the Court that the government would

22  provide discovery to both defense counsel as soon as possible.  Therefore, the parties jointly

23  requested that the case be continued to August 28, 2006 at 9:00 a.m. in order for both defense

24  counsel to review the discovery.  In addition, the parties requested an exclusion of time under the

25  Speedy Trial Act from July 24, 2006 until August 28, 2006.  Defendant Flores, through her

26  attorney, J.A. Hudson, agreed to the exclusion.  Defendant Campos, through his attorney

27  Assistant Federal Public Defender Cynthia Lie, agreed to the exclusion.  The parties agree and

28  stipulate that an exclusion of time is appropriate based on the defendant's need for effective

1    preparation of counsel.

2    SO STIPULATED:                          KEVIN V. RYAN
                                             United States Attorney
3

4    DATED:                                  _____/s/_____
                                             SUSAN KNIGHT
5                                            Assistant United States Attorney

6

7    DATED:                                  _____/s/_____
                                             CYNTHIA C. LIE
                                             Assistant Federal Public Defender
8                                            Counsel for Mr. Campos

9

10   DATED:                                  _____/s/_____
                                             J.A. HUDSON
                                             Counsel for Ms. Flores
11

12
          Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded
13
     under the Speedy Trial Act from July 24, 2006 until August 28, 2006.  The Court finds, based on
14
     the aforementioned reasons, that the ends of justice served by granting the requested continuance
15
     outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant
16
     the requested continuance would deny defense counsel reasonable time necessary for effective
17
     preparation, taking into account the exercise of due diligence, and would result in a miscarriage
18
     of justice.  The Court therefore concludes that this exclusion of time should be made under 18
19
     U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
20
     SO ORDERED.
21

22
     DATED: ___8/23/06_____             ___/s/ Ronald M. Whyte_____
23                                         RONALD M. WHYTE
                                           United States District Judge
24

25

26

27

28