```
KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5053
    FAX: (408) 535-5066
    Thomas.M.OConnell@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 9/20/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00425 RMW |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXCLUDING TIME |
| CHRISTINA MARIE FLORES, and JOSE LITO CAMPOS, | |
| Defendants. | SAN JOSE VENUE |

On August 28, 2006, the parties in this case appeared before the Court for an initial appearance. The parties jointly requested that the case be continued to August 28, 2006 at 9:00 a.m. in order for both defense counsel to review the discovery in this case. In addition, the parties requested an exclusion of time under the Speedy Trial Act from August 28, 2006 until September 18, 2006. Defendant Flores, who was not present, agreed through her attorney, J.A. Hudson, to the exclusion. Defendant Campos, who was present with his attorney Assistant Federal Public Defender Cynthia Lie, also agreed to the exclusion. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

STIPULATION AND ORDER
No. 06-00074 RMW                                            1

1  SO STIPULATED:                          KEVIN V. RYAN
                                           United States Attorney

3  DATED:                                  _____/s/_____
                                           THOMAS M. O'CONNELL
4                                          Assistant United States Attorney

5  DATED:                                  _____/s/_____
                                           CYNTHIA C. LIE
6                                          Assistant Federal Public Defender
7                                          Counsel for Mr. Campos

8  DATED:                                  _____/s/_____
                                           J.A. HUDSON
9                                          Counsel for Ms. Flores

   Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from August 28, 2006 until September 18, 2006.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

   SO ORDERED.

   DATED:  9/20/06                          /S/ RONALD M. WHYTE
                                           _____
                                           RONALD M. WHYTE
                                           United States District Judge

STIPULATION AND ORDER
No. 06-00074 RMW                           2