KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5053
FAX: (408) 535-5066
Thomas.M.OConnell@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 10/17/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00425 RMW |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXCLUDING TIME |
| CHRISTINA MARIE FLORES, and JOSE LITO CAMPOS, | |
| Defendants. | SAN JOSE VENUE |

On September 18, 2006 , the parties in this case appeared before the Court for a status conference. The parties jointly requested that the case be continued to October 23, 2006 at 9:00 a.m. in order for both defense counsel to review the discovery in this case. In addition, the parties requested an exclusion of time under the Speedy Trial Act from September 18, 2006 until October 23, 2006. Defendant Flores, who was present with her attorney, J.A. Hudson, agreed to the exclusion. Defendant Campos, who was present with his attorney Assistant Federal Public Defender Cynthia Lie, also agreed to the exclusion. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

| | | |
|---|---|---|
|1| SO STIPULATED: | KEVIN V. RYAN |
|2| | United States Attorney |
|3| DATED: 09/20/06 | _____/s/_____ |
|4| | THOMAS M. O'CONNELL |
| | | Assistant United States Attorney |
|5| | |
|6| DATED: 09/20/06 | _____/s/_____ |
| | | CYNTHIA C. LIE |
|7| | Assistant Federal Public Defender |
| | | Counsel for Mr. Campos |
|8| | |
|9| DATED: 09/20/06 | _____/s/_____ |
| | | J.A. HUDSON |
|10| | Counsel for Ms. Flores |

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from September 18, 2006 to October 23, 2006.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED:  10/17/06          /S/ RONALD M. WHYTE_____
                          RONALD M. WHYTE
                          United States District Judge

STIPULATION AND ORDER
NO. 06-00074 RMW                    2