1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  THOMAS M. O'CONNELL (NYSBN 1801950)
   Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5053
7      FAX: (408) 535-5066
       Thomas.M.OConnell@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,      )   No. CR 06-00425 RMW
                                    )
14 |     Plaintiff,                 )
                                    )   STIPULATION AND [PROPOSED]
15 |     v.                         )   ORDER EXCLUDING TIME
                                    )
16 | CHRISTINA MARIE FLORES, and    )
     JOSE LITO CAMPOS,              )
17 |                                )   SAN JOSE VENUE
         Defendants.                )
18                                  )

19 _____

20     On October 23, 2006, the parties in this case appeared before the Court for a status

21 conference. The parties jointly requested that the case be continued from October 23, 2006 to

22 December 11, 2006 at 9:00 a.m. in order for both defense counsel to review the discovery in this

23 case. In addition, the parties requested an exclusion of time under the Speedy Trial Act from

24 until October 23, 2006 to December 11, 2006. Defendant Flores, who was present with her

25 attorney, J.A. Hudson, agreed to the exclusion. Defendant Campos, who was present with his

26 attorney Assistant Federal Public Defender Cynthia Lie, also agreed to the exclusion. AUSA

27 Gary Fry, representing the government in lieu of AUSA Thomas O'Connell also agreed. The

28 parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need

STIPULATION AND [PROPOSED] ORDER
NO. 06-00074 RMW                           1

1  for effective preparation of counsel.

2  SO STIPULATED:                               KEVIN V. RYAN
                                                United States Attorney
3

4  DATED:                                       _____/s/_____
                                                THOMAS M. O'CONNELL
5                                               Assistant United States Attorney

6
   DATED:                                       _____/s/_____
7                                               CYNTHIA C. LIE
                                                Assistant Federal Public Defender
8                                               Counsel for Mr. Campos

9
   DATED:                                       _____/s/_____
10                                              J.A. HUDSON
                                                Counsel for Ms. Flores
11

12
       Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded
13
   under the Speedy Trial Act from October 23, 2006 to December 11, 2006.  The Court finds,
14
   based on the aforementioned reasons, that the ends of justice served by granting the requested
15
   continuance outweigh the best interest of the public and the defendant in a speedy trial.  The
16
   failure to grant the requested continuance would deny defense counsel reasonable time necessary
17
   for effective preparation, taking into account the exercise of due diligence, and would result in a
18
   miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made
19
   under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
20
   SO ORDERED.
21

22                                              /s/ Ronald M. Whyte
   DATED: 11/8/06
23                                              RONALD M. WHYTE
                                                United States District Judge
24

25

26

27

28

STIPULATION AND [XXXXX PROPOSED] ORDER
NO. 06-00074 RMW                    2