KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

  150 Almaden Blvd., Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5053
  FAX: (408) 535-5066
  Thomas.M.OConnell@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION    *E-FILED - 1/22/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00425 RMW |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND [ ] ORDER EXCLUDING TIME |
| CHRISTINA MARIE FLORES, and ) JOSE LITO CAMPOS, ) | |
|     Defendants. ) | SAN JOSE VENUE |

On December 11, 2006, the parties in this case appeared before the Court for a status conference. The parties jointly requested that the case be continued from December 11, 2006 to January 8, 2007, at 9:00 a.m. in order for counsel for defendant Campos to review the discovery in his new narcotics case, and consider how this may affect his position with respect to this case, which could also affect the position of Ms. Flores. In addition, the parties requested an exclusion of time under the Speedy Trial Act from December 11, 2006 until January 8, 2007. Defendant Flores, who was present with her attorney, J.A. Hudson, agreed to the exclusion. Defendant Campos, who was present with his attorney Assistant Federal Public Defender Cynthia Lie, also agreed to the exclusion. AUSA Thomas O'Connell also agreed. The parties

1  agree and stipulate that an exclusion of time is appropriate based on the defendant's need for
2  effective preparation of counsel.
3  SO STIPULATED:                             KEVIN V. RYAN
                                              United States Attorney
4
5  DATED:                                     _____/s/_____
                                              THOMAS M. O'CONNELL
6                                             Assistant United States Attorney
7
   DATED:                                     _____/s/_____
8                                             CYNTHIA C. LIE
                                              Assistant Federal Public Defender
9                                             Counsel for Mr. Campos
10
   DATED:                                     _____/s/_____
11                                            J.A. HUDSON
                                              Counsel for Ms. Flores
12
13
14     Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded
15 under the Speedy Trial Act from December 11, 2006 until January 8, 2007.  The Court finds,
16 based on the aforementioned reasons, that the ends of justice served by granting the requested
17 continuance outweigh the best interest of the public and the defendant in a speedy trial.  The
18 failure to grant the requested continuance would deny defense counsel reasonable time necessary
19 for effective preparation, taking into account the exercise of due diligence, and would result in a
20 miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made
21 under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
   SO ORDERED.
22
23
   DATED:_ 1/22/07 _____                     *Ronald M. Whyte*_____
24                                            RONALD M. WHYTE
                                              United States District Judge
25
26
27
28

STIPULATION AND [] ORDER
NO. 06-00074 RMW                                 2