KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5053
   FAX: (408) 535-5066
   Thomas.M.OConnell@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION    *E-FILED - 2/7/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00425 RMW |
|    Plaintiff, | |
|    v. | STIPULATION AND [] ORDER EXCLUDING TIME |
| CHRISTINA MARIE FLORES, and JOSE LITO CAMPOS, | |
|    Defendants. | SAN JOSE VENUE |

    On December 11, 2006, the parties in this case appeared before the Court for a status conference.  The parties jointly requested that the case be continued from January 8, 2007, to January 29, 2007, at 9:00 a.m. in order for  counsel for defendant Campos and the Government to consider discussions concerning how his new case may affect his position with respect to this case, which could also affect the position of Ms. Flores.  In addition, the parties requested an exclusion of time under the Speedy Trial Act from January 8, 2007 to January 29, 2007. Defendant Flores, who was present with her attorney, J.A. Hudson, agreed to the exclusion. Defendant Campos, who was present with his attorney,  Assistant Federal Public Defender Cynthia Lie, also agreed to the exclusion.  AUSA Thomas O'Connell also agreed.  The parties

agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:                    KEVIN V. RYAN
                                  United States Attorney

DATED:                            _____/s/_____
                                  THOMAS M. O'CONNELL
                                  Assistant United States Attorney

DATED:                            _____/s/_____
                                  CYNTHIA C. LIE
                                  Assistant Federal Public Defender
                                  Counsel for Mr. Campos

DATED:                            _____/s/_____
                                  J.A. HUDSON
                                  Counsel for Ms. Flores

   Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from January 8, 2007 to January 29, 2007. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 2/7/07                     *Ronald M. Whyte*
                                  RONALD M. WHYTE
                                  United States District Judge

STIPULATION AND [] ORDER
NO. 06-00074 RMW                        2